UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

|  |  |  |
|---|---|---|
| APOSTLE ANTHONY LEE McNAIR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 5:10-CV-546-FL |
| | ) | |
| ROCKY MOUNT | ) | |
| DISTRICT ATTORNEY'S OFFICE, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 24, 2011, and for the reasons set forth more specifically therein, that plaintiff's complaint is dismissed for failing to survive frivolity review under 28 U.S.C. § 1915(e)(2). The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on January 25, 2011, and Copies To:**
Anthony Lee McNair (via U.S. Mail) 1413 Hill Street, Rocky Mount, NC 27801
                            and 1228 Hill Street, Rocky Mount, NC 27801


January 25, 2011                DENNIS P. IAVARONE, CLERK
                                         /s/ Christa N. Baker
                                         (By) Christa N. Baker, Deputy Clerk